IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Patrick Stiles, | * | |
| | * | |
| Plaintiff | * | |
| | * | Case No. 1:09-cv-04000 |
| v. | * | |
| | * | Judge Robert M. Dow, Jr. |
| International BioResources, LLC | * | |
| | * | |
| Defendant | * | |

**JOINT RESPONSE TO COURT'S ORDER
CONCERNING DIVERSITY JURISDICTION**

In response to the Court's Order dated April 1, 2010, regarding diversity jurisdiction, the parties provide this joint statement and response:

1.

The Defendant, which is an LLC (and not a corporation), has reviewed its records and confirmed that it has no member who is a citizen or resident of the State of Illinois.  The parties are in agreement that, in light of that fact, there exists (and has always existed since this lawsuit was filed) complete diversity of citizenship.

2.

The Plaintiff states that the damages and relief that he is seeking are in excess of $75,000.00, excluding interest and costs.  Accordingly, the parties agree and stipulate that this Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332.

3.

If the Court needs any additional information in connection with jurisdiction, the parties will provide it in due course.

Respectfully submitted,

| | |
|---|---|
| /s/ Ronald B. Schwartz | /s/ Tracey L. Truesdale |
| Ronald B. Schwartz | Tracey L. Truesdale (IL #06207891) |
| Stanley Eisenstein | **Ogletree, Deakins, Nash, Smoak & Stewart** |
| **Katz, Friedman, Eagle, Eisenstein** | 20 South Clark Street, Suite 2500 |
|   **Johnson & Bareck** | Chicago, IL 60603 |
| 77 West Washington Street, 20th Floor | Telephone: (312) 558-1220 |
| Chicago, IL 60602-2983 | Facsimile: (312) 807-3619 |
| Telephone: (312) 263-6330 | E-Mail: tracey.truesdale@olgetreedeakins.com |
| E-Mail: rschwartz@kfeej.com | |
| | Benjamin H. Banta (IL #006271908) |
| **COUNSEL FOR THE PLAINTIFF** | **The Kullman Firm** |
| | 1100 Poydras Street, Suite 1600 |
| | New Orleans, LA 70163 |
| | Telephone: (504) 524-4162 |
| | Facsimile: (504) 596-4189 |
| | E-Mail: bhb@kullmanlaw.com |
| | |
| | **COUNSEL FOR THE DEFENDANT** |